No. 99–1016. Pereira, Chapter 11 Trustee, Estate of Payroll Express Corp., et al. v. Aetna Casualty & Surety Co. et al. C. A. 2d Cir. Certiorari denied.

No. 99–1019. Worthington Corp. v. Ronsini, Executrix of the Estate of Ronsini. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–1021. Lauderbaugh v. United States. C. A. Armed Forces. Certiorari denied.

No. 99–1034. Century Clinic, Inc., et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–1039. Sibley v. LeMaire, Sheriff, et al. C. A. 5th Cir. Certiorari denied.

No. 99–1043. Okolie v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–1054. Buckwalter et al. v. County of Clark et al. Sup. Ct. Nev. Certiorari denied.

No. 99–1069. Montgomery County Public Schools et al. v. Eisenberg et al. C. A. 4th Cir. Certiorari denied.

No. 99–1099. Lukan v. Scott, Superintendent, North Forest Independent School District, et al. C. A. 5th Cir. Certiorari denied.

No. 99–1113. Dobbs-Weinstein v. Vanderbilt University. C. A. 6th Cir. Certiorari denied.

No. 99–1148. Cannice v. Norwest Bank Iowa, N. A., et al. C. A. 8th Cir. Certiorari denied.

No. 99–1160. Comfort Silkie Company Corp. v. Siefert, dba Barefoot Dreams. C. A. Fed. Cir. Certiorari denied.

No. 99–1175. Gorod v. Provanzano et al. Super. Ct. Mass., Middlesex County. Certiorari denied.